Deverie Christensen, Bar # 6596
christensend@jacksonlewis.com
Phillip C. Thompson, Bar No. 12114
phillip.thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Las Vegas Monorail Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BONNIE ZIEGLER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS MONORAIL COMPANY, a Nevada non-profit corporation; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00049-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant Las Vegas Monorail Company ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Bonnie Ziegler ("Plaintiff") by and through her counsel, The Thater Law Group, P.C., hereby stipulate and agree to extend the time for Defendant to file an Answer to Plaintiff's Complaint. Plaintiff served her Complaint on January 12, 2018, and Defendant's response is due on February 2, 2018. Plaintiff and Defendant have agreed to a brief extension of time for Defendant to file an Answer in response to the Complaint because Defendant's counsel was only retained today and additional time is necessary to gather facts and information to respond to the allegations contained in Plaintiff's Complaint.

Defendant shall, therefore, have a fourteen (14) day extension up to and including February 16, 2018, to file its Answer to Plaintiff's Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 31st day of January, 2018.

JACKSON LEWIS P.C.                          THE THATER LAW GROUP, P.C.


*/s/ Deverie Christensen*                    */s/ M. Lani Esteban-Trinidad*
Deverie Christensen, Bar No. 6596            M. Lani Esteban-Trinidad, Bar No. 6967
Phillip C. Thompson, Bar No. 12114           6390 W. Cheyenne Ave., Ste. A
3800 Howard Hughes Parkway                   Las Vegas, Nevada 89108
Suite 600
Las Vegas, Nevada 89169                      *Attorney for Plaintiff*
                                             *Bonnie Ziegler*
*Attorneys for Defendant*
*Las Vegas Monorail Company*


**IT IS SO ORDERED.**

Dated this 5th day of February, 2018.


_____
MAGISTRATE/JUDGE


4811-6376-7643, v. 1