Deverie Christensen, Bar # 6596
christensend@jacksonlewis.com
Phillip C. Thompson, Bar No. 12114
phillip.thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Las Vegas Monorail Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BONNIE ZIEGLER, an individual;<br><br>Plaintiff,<br>vs.<br><br>LAS VEGAS MONORAIL COMPANY, a Nevada non-profit corporation; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00049-JCM-PAL<br><br>**STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**(First Request)** |

Defendant Las Vegas Monorail Company ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Bonnie Ziegler ("Plaintiff") by and through her counsel, The Thater Law Group, P.C., hereby stipulate and agree to reschedule the Early Neutral Evaluation currently scheduled for May 16, 2018.

Defendant's representative has a scheduling conflicting on May 16, 2018. After conferring with chambers and counsel, the parties were able to stipulate to a new date for the Early Neutral Evaluation. Accordingly, Defendant's counsel and Plaintiff's counsel have stipulated to reset the Early Neutral Evaluation on May 7, 2018 at 9:00 AM. Confidential written statements shall be submitted to chambers no later than April 30, 2018.

--

This stipulation and order is sought in good faith and not for the purpose of delay. This is the first request to continue the Early Neutral Evaluation Conference.

Dated this 20th day of March, 2018.

| JACKSON LEWIS P.C. | THE THATER LAW GROUP, P.C. |
|---|---|
| */s/ Deverie Christensen* <br> Deverie Christensen, Bar No. 6596 <br> Phillip C. Thompson, Bar No. 12114 <br> 3800 Howard Hughes Parkway <br> Suite 600 <br> Las Vegas, Nevada 89169 <br><br> *Attorneys for Defendant* <br> *Las Vegas Monorail Company* | */s/ M. Lani Esteban-Trinidad* <br> M. Lani Esteban-Trinidad, Bar No. 6967 <br> 6390 W. Cheyenne Ave., Ste. A <br> Las Vegas, Nevada 89108 <br><br> *Attorney for Plaintiff* <br> *Bonnie Ziegler* |

## **ORDER**

IT IS HEREBY ORDERED that the Early Neutral Evaluation Conference scheduled on May 16, 2018 at 9:00 AM, is rescheduled to May 7, 2018 at 9:00 AM. Confidential written statements shall be submitted to chambers no later than April 30, 2018.

_____
U.S. Magistrate Judge
Dated: 3/21/2018

4812-5297-1615, v. 2