UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BONNIE ZIEGLER, | Case No. 2:18-cv-00049-JCM-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| LAS VEGAS MONORAIL COMPANY, | |
| Defendant. | |

This matter is before the Court on Defendant's Emergency Request for Exception to Early Neutral Evaluation Attendance Requirements (ECF No. 16), filed on April 30, 2018.

Defendant requests that the insurance representative be excused from in-person attendance to the Early Neutral Evaluation set for May 7, 2018. Defendant represents that it recently learned that it may have insurance coverage. However, the insurance policy contains a substantial self-insured retention. The Court grants Defendant's request on the condition that Plaintiff does not object to Defendant's request. If Plaintiff objects to Defendant's request, the Court will reschedule the Early Neutral Evaluation to allow the insurance representative to be present. Plaintiff shall file her opposition to Defendant's request no later than **May 3, 2018.** Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Emergency Request for Exception to Early Neutral Evaluation Attendance Requirements (ECF No. 16) is **granted**. Defendant is instructed to have the insurance representative be available by telephone as needed.

**IT IS FURTHER ORDERED** that Plaintiff shall file her opposition, if any, to Defendant's request no later than **May 3, 2018.**

Dated this 2nd day of May, 2018.

GEORGE FOLEY JR.
UNITED STATES MAGISTRATE JUDGE

1