1 **THE THATER LAW GROUP, P.C.**
M. Lani Esteban-Trinidad, Esq.
2 Nevada Bar No. 006967
6390 W. Cheyenne Ave., Suite A
3 Las Vegas, Nevada 89108
Telephone: (702) 736-5297
4 Facsimile: (702) 736-5299
5 Email: Lani@thaterlawgroup.com

6 *Attorney for Plaintiff*
BONNIE ZIEGLER
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BONNIE ZIEGLER, an individual, | Case No.: 2:18-cv-00049-JCM-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** |
| LAS VEGAS MONORAIL COMPANY, a Nevada Corporation; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BONNIE ZIEGLER ("Plaintiff") and Defendant LAS VEGAS MONORAIL COMPANY ("Defendants"), by and through their respective attorneys of record, that Plaintiff's Complaint against Defendants (and all claims asserted therein) be dismissed in its entirety, **with prejudice**, with each party to bear its own fees and costs.

/ / /

/ / /

/ / /

/ / /

-1-

IT IS SO STIPULATED.

DATED this 21st day of May, 2018.     DATED this 21st day of May, 2018.

**THE THATER LAW GROUP, P.C.**        **JACKSON LEWIS, P.C.**

BY: */s/ M. Lani Esteban-Trinidad, Esq.*   BY:*/s/ Deverie Christensen, Esq.*
M. LANI ESTEBAN-TRINIDAD, ESQ.        DEVERIE CHRISTENSEN, ESQ.
Nevada Bar No. 006967                 Nevada Bar No.6596
6390 West Cheyenne Ave., Suite A      PHILLIP C. THOMPSON, ESQ.
Las Vegas, NV 89108                   Nevada Bar No. 12114
                                      3800 Howard Hughes Parkway, Suite 600
*Attorney for Plaintiff*              Las Vegas, NV 89166
BONNIE ZIEGLER                        *Attorney for Defendant*
                                      LAS VEGAS MONORAIL COMPANY

### **ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: May 23, 2018